## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-7-0070-LTB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

**STEPHEN JOHN NALTY**,

      Plaintiff,

v.

**ALFRED CONWAY HARRELL, JR.,** Judge;
**MITCHELL RICHARD MORRISSEY**;
**KATHERINE VIRGINIA KIRK**;
**PATRICK FIRMAN**; and
**CITY AND COUNTY OF DENVER**,

      Defendants.

---

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

      Plaintiff, Stephen John Nalty, has submitted to the court "A United States First Amendment Affidavit Petition for Redress of Grievances."  ECF No. 1.  He has paid a filing fee of $46.00.  Therefore, this action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    _XX_   is not submitted
(2)    __       is missing affidavit
(3)    _XX_   is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)    __       is missing certificate showing current balance in prison account

(5)    __    is missing required financial information
(6)    __    is missing authorization to calculate and disburse filing fee payments
(7)    __    is missing an original signature by the prisoner
(8)    _XX_  is not on proper form (must use the court's current form)
(9)    __    names in caption do not match names in caption of complaint, petition or habeas application
(10)   _XX_  other: **Plaintiff may either pay the $5.00 filing fee for a habeas corpus action or pay the $400.00 filing fee if he intends to pursue a prisoner civil rights action**.

**Complaint, Petition or Application**:
(11)   XX    is not submitted
(12)   XX_   is not on proper form
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __    other: **It appears that Plaintiff is making allegations concerning his state criminal proceedings.  The present action is not an appropriate vehicle for pursuing such claims.  He may either file a Prisoner Complaint or an Application for a Writ of Habeas Corpus**.

Accordingly, it is

        **ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30)**

**days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

        **FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed without

further notice.  The dismissal shall be without prejudice.  It is

        **FURTHER ORDERED** that the Clerk of Court return the $46.00 filing fee to

Plaintiff.  It is

        **Further Ordered** that the Clerk of Court assign this case the appropriate civil

action number, assign this case to Magistrate Judge Gordon P. Gallagher, and change

2

the caption as indicated in this Order.

DATED November 9, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Lewis T. Babcock
Senior United States District Judge